**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00162-CV

## GREYSTAR, LLC, Appellant

## V.

## MELISSA ADAMS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06022**

# ORDER

Appellee Melissa Adams's June 18, 2013 motion to dismiss is **DENIED**.


/s/     MICHAEL J. O'NEILL
          JUSTICE